# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Audy Lewis Barnes and Melinda Sue Barnes

In Proceedings
Under Chapter 13

BK 09−31775

Debtor(s)

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−6946   xxx−xx−9130

## ORDER TO EMPLOYER TO PAY CHAPTER 13 TRUSTEE

The Debtor, Audy Lewis Barnes II, having filed a petition under Chapter 13 of the Bankruptcy Code, has submitted both his/her person and his/her assets, including future income, to the jurisdiction of this Court.  The Court finds it to be in the best interest of the Debtor(s), as well as the creditors, to have the Debtor's future wages or other income needed to fund the Chapter 13 Plan turned over to the Trustee for distribution.  It is hereby

**ORDERED** that Debtor's employer or other payor of income, Wirtz Beverage Illinois Belleville, LLC, whose address is Attn: Payroll Dept 4 Premier Dr Belleville, IL 62223 withhold the sum of $720.00 monthly from the Debtor's income and forward the withheld income to the Chapter 13 Trustee each month.  (The amounts withheld from each payment of the Debtor's wages and the date for disbursement to the Chapter 13 Trustee shall coincide with the employer's regular payroll dates.)  These monies shall be made payable and mailed to:

> Russell C. Simon
> Chapter 13 Trustee
> PO Box 1898
> Memphis, TN 38101−1898
> (618) 277−0086

This Order shall remain in full force and effect until the earlier of (i) further Order of this Court or (ii) the Debtor's employment with the above referenced employer is terminated.

This Order supercedes any previous Order issued by this Court with respect to the Debtor's wages.

The Clerk shall issue a copy of this Order to the above named employer, the Debtor, Debtor's counsel, and the Chapter 13 Trustee.

ENTERED: July 9, 2009                        /s/ Kenneth J. Meyers
                                             UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0754-3           User: ch2                  Page 1 of 1                   Date Rcvd: Jul 09, 2009
Case: 09-31775                 Form ID: 182               Total Noticed: 2

The following entities were noticed by first class mail on Jul 11, 2009.
db/jtdb     +Audy Lewis Barnes, II,   Melinda Sue Barnes,   319 N. Oak St.,   O Fallon, IL 62269-1142
            +Wirtz Beverage Illinois Belleville, LLC,   Attn: Payroll Dept,   4 Premier Dr,
              Belleville, IL 62220-3421
The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 11, 2009**              **Signature:**  _Joseph Speetjens_