IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RE: MELINDA SUE & AUDY LEWIS BARNES, II, ) | |
| ) | |
| U.S. Bank, N.A., its Successors and/or Assigns, ) | |
|     Creditor, ) | |
|   vs. ) | CASE NO. 09-31775 |
| ) | JUDGE Kenneth J. Meyers |
| MELINDA SUE & AUDY LEWIS BARNES, II, ) | |
|     Debtor, ) | |
| ) | |

### NOTICE OF WITHDRAWAL OF CLAIM

1. U.S. Bank, N.A., its Successors and/or Assigns, services a mortgage lien on the property located at 319 North Oak Street, O'Fallon, IL.
2. On September 14, 2009 attorneys for U.S. Bank, N.A., its Successors and/or Assigns, filed a pre petition arrearage claim in the amount of $1,379.32.
3. This claim is docketed as claim number 8-1.
4. Attorneys for U.S. Bank, N.A., its Successors and/or Assigns, have been advised that the account is now contractually due for December 2009.
5. No further distributions shall be made by the Chapter 13 Trustee on this claim.

                                          U.S. Bank, N.A., its Successors and/or Assigns

                         /s/Cheryl A. Considine
                         Cheryl A. Considine
                         ARDC#6242779
                       Pierce and Associates, P.C.
                        Attorney for Creditor
                        1 North Dearborn St.
                        Suite 1300
                        Chicago, Illinois 60602

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE: MELINDA SUE & AUDY LEWIS BARNES, II       )
                                                 ) CASE NO. 09-31775
                                                 ) JUDGE Kenneth J. Meyers
                                                 )

CERTIFICATE OF SERVICE

    I, the undersigned, Attorney, Certify that I served a copy of the attached Notice to the addresses attached by depositing the same in the United States Mail at 1 North Dearborn, #1300, Chicago, Illinois 60602, at or before 5:00 p.m., on November 23, 2009, with proper postage prepaid.

  /s/Cheryl A. Considine
Cheryl A. Considine
ARDC#6242779
Pierce and Associates, P.C.
1 North Dearborn St.
13$^h$ Floor
Chicago, Illinois 60602
(312) 346-9088

**SERVICE LIST**

To Trustee:
Russell C. Simon
33 Bronze Pointe
Suite 110
Swansea, Il 62221
**by Electronic Notice through ECF**


U.S. TRUSTEE
401 Main Street
Suite 1100
Peoria, Illinois 61602
**by Electronic Notice through ECF**

To Debtor:
MELINDA SUE & AUDY LEWIS BARNES, II
319 North Oak Street
O'Fallon, IL 62269
by U.S. MAIL


To Attorney:
William A. Mueller
5312 West Main
Belleville, Illinois 62226
**by Electronic Notice through ECF**


Pierce and Associates, P.C.
Attorney for Creditor
1 North Dearborn St.
Suite 1300
Chicago, Illinois 60602

PA: 09-5462